| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kosik, Edwin M. | U.S. District Court/M.D. Pa. | 05/04/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| William J. Nealon Federal Bldg. & U.S. Courthouse<br>North Washington and Linden Streets<br>P.O. Box 856<br>Scranton, PA 18501 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 7/16/1986 | Blue Cross/Blue Shield fully paid as part of State Retirement |
| 2. | |
| 3. | |

Kosik, Edwin M.

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M. | 05/04/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/12/2010 | Commonwealth of Pennyslvania Retirement | $53,300.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M. | 05/04/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pennstar Bank, Carbondale, PA (Savings) | B | Interest | L | T | | | | | |
| 2. Penn Security Bank, Moscow, PA (Savings) | A | Interest | K | T | | | | | |
| 3. Mutual of New York (1987) Single Premium Policy | B | Dividend | K | T | | | | | |
| 4. First Credit Union, Scranton, PA (Savings) | B | Interest | M | T | | | | | |
| 5. PNC Bank, Scranton, PA (Checking) | A | Interest | J | T | | | | | |
| 6. Pennstar Bank, Carbondale, PA (Cert. Dep.) | B | Interest | L | T | | | | | |
| 7. PNC, Pittsburgh, PA | A | Dividend | J | T | | | | | |
| 8. Prudential Equity Fund, Class B | A | Dividend | J | T | | | | | |
| 9. Prudential World Fund, Global Series B | A | Dividend | J | T | | | | | |
| 10. Cisco Systems, Inc. | | None | K | T | | | | | |
| 11. Coca Cola Co. Delaware | A | Dividend | K | T | | | | | |
| 12. General Electric Co. | A | Dividend | J | T | | | | | |
| 13. Intel Corp. | A | Dividend | K | T | | | | | |
| 14. Lucent Technologies, Inc. | | None | J | T | | | | | |
| 15. Merck & Co. | A | Dividend | K | T | | | | | |
| 16. Microsoft Corp. Washington | | None | L | T | | | | | |
| 17. Pepsico, Inc. | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Praxair, Inc. | A | Dividend | K | T | | | | | |
| 19. Schering Plough Corp. | A | Dividend | K | T | | | | | |
| 20. Tricon Global Restaurants, Inc. | | None | J | T | | | | | |
| 21. Union Carbide Corp. | A | Dividend | K | T | | | | | |
| 22. Prudential World Fund, Inc. Global Series Class A | | None | K | T | | | | | |
| 23. Command Money Fund | C | Interest | L | T | | | | | |
| 24. Prudential Special Money Market Fund Inc. | A | Interest | J | T | | | | | |
| 25. Alliance Quasar Fund Class B | | None | K | T | | | | | |
| 26. Target, Large Cap Fund | | None | K | T | | | | | |
| 27. Southern Union Co. | A | Dividend | M | T | | | | | |
| 28. Strategic Partners New ERA Growth Fund, Class B | | None | J | T | | | | | |
| 29. Philadelphia General Obligation | B | Interest | K | T | | | | | |
| 30. Prudential Financial Inc. | | None | J | T | | | | | |
| 31. Wachovia Corp. | B | Dividend | K | T | | | | | |
| 32. NBT Bank Corp. | A | Dividend | K | T | | | | | |
| 33. M&T Bank Corp. | C | Dividend | L | T | | | | | |
| 34. Alger Midcap Growth Fund | | None | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Alliance Bernstein Growth Fund | A | Dividend | K | T | | | | | |
| 36. Badger TOB Asset Scrutinization | C | Interest | L | T | | | | | |
| 37. IDEX Mutual Fund | C | Dividend | L | T | | | | | |
| 38. Pimco Small Cap Fund | A | Dividend | J | T | | | | | |
| 39. Strategic Partners Large Cap | | None | K | T | | | | | |
| 40. Lord Abbett Midcap | A | Dividend | J | T | | | | | |
| 41. YUM Brands | A | Dividend | J | T | | | | | |
| 42. Cohen & Steers REIT Utility Fund | B | Interest | K | T | | | | | |
| 43. John Hancock Tax-Adv Dividend Fund | B | Dividend | K | T | | | | | |
| 44. Ta Idex Asset Allocation (IMOX) | C | Dividend | | | Sold | 12/29/10 | M | | |
| 45. Evergreen International (EBI) | A | Interest | | | Redeemed | 08/20/10 | K | | |
| 46. NFJ Dividend Interest Premium Strategy Fund | B | Interest | K | T | | | | | |
| 47. Allianz NFJ Small Cap | | None | K | T | | | | | |
| 48. Colgate Palmolive | A | Dividend | J | T | | | | | |
| 49. Seligman Target Fund | | None | | | Sold | 12/02/10 | K | | |
| 50. Medco Health Solutions | | None | J | T | | | | | |
| 51. Goldman Sachs TR High Yield Municipal | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eaton Vance Insured Municipal Bond Fund | C | Dividend | K | T | | | | | |
| 53. Pfizer Inc. | A | Dividend | K | T | | | | | |
| 54. DWS Managed Municipal | | None | K | T | Buy | 08/26/10 | K | | |
| 55. Nuveen Inv. Trust | | None | K | T | Buy | 12/28/10 | K | | |
| 56. Kinetics Mutual Fds. | | None | K | T | Buy | 12/28/10 | K | | |
| 57. Hartford Mutual Fds. | | None | J | T | Buy | 12/28/10 | J | | |
| 58. Pimco | | None | K | T | Buy | 12/28/10 | K | | |
| 59. Thornburg Inv. Trust | | None | K | T | Buy | 12/28/10 | K | | |
| 60. Wells Fargo Advantage | | None | K | T | Buy | 12/28/10 | K | | |
| 61. Ivy Eds. Inc. | | None | K | T | Buy | 12/28/10 | K | | |
| 62. Blackrock Fds. II | | None | J | T | Buy | 12/28/10 | J | | |
| 63. Blackrock Global | | None | K | T | Buy | 12/28/10 | K | | |
| 64. Calamos Invt. Tr. | | None | J | T | Buy | 12/28/10 | J | | |
| 65. First Eagle Fds. Inc. | | None | K | T | Buy | 12/28/10 | K | | |
| 66. Goldman Sachs Tr. | | None | J | T | Buy | 12/28/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All stocks reported are common stocks.

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M. | 05/04/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Edwin M. Kosik**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544